THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FELIX J. CUMMINGS and GEORGE LEWIS, Appellants.

Argued March 2 and May 24, 1938; decided July 7, 1938.

*Benjamin C. Ribman* and *Leo Healy* for Felix J. Cummings, appellant.

*George Gordon Battle* for George Lewis, appellant.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

As to each defendant: judgment of conviction affirmed. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.